**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



MEMORANDUM ORDER

Appellate case name:  In the Interest of C. K. H., Y. M. C. aka Y. M. C. aka Y.C., and N.I.C. aka N.I.C., Children

Appellate case number:  01-22-00603-CV

Trial court case number:  2018-05116J

Trial court:  314th District Court of Harris County

The original deadlines for the appellee to file briefs in the above-referenced appeal were December 27, 2022, and December 29, 2022. No appellee's brief was filed by these deadlines. On January 3, 2023, this Court notified appellee that its briefs were late and requested that appellee file its briefs within 10 days. On January 10, 2023, appellee moved to extend its briefing deadlines until January 30, 2023. The Court initially granted the motion in part and extended appellee's briefing deadlines to January 24, 2023.

The time for file appellee's briefs has expired. As of this date, neither the briefs nor a motion for extension of time has been filed by appellee. This appeal is presently set for submission on the briefs on February 15, 2023.[1] This appeal may be submitted without an appellee's brief.

It is so ORDERED.

Judge's signature: /s Sarah Beth Landau
                          Acting individually

Date: January 26, 2023

---

[1]  Because this is a termination case, the Court is required to bring this appeal to final disposition within 180 days of the date the notice of appeal was filed so far as reasonable possible. *See* TEX. R. JUD. ADMIN. 6.2, reprinted in TEX. GOV'T CODE ANN., tit. 2, subtit. F app. (West Supp. 2012). The 180-day compliance deadline for this appeal is February 15, 2023.